UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COURTYARD MANAGEMENT CORPORATION,<br><br>　　　　　Defendant. | Case No. 19-cv-06850-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE** |

Plaintiff filed this ADA access case on October 21, 2019. Defendant answered on November 12, 2019. Pursuant to General Order 56, the last day for the parties to hold a joint site inspection was February 3, 2020, and the last day to request mediation if the case was to resolve was March 16, 2020. (Dkt. No. 4.) As of this date, however, the docket does not reflect any activity by Plaintiff. Indeed, Plaintiff has ignored three requests to consent or decline magistrate judge jurisdiction. (Dkt. No. 6 (11/12/2019); Dkt. No. 10 (12/17/2019); Dkt. No. 11 (1/13/2020).) All Requests were made well before the Covid-19 pandemic.

Accordingly, on or before April 13, 2020 Plaintiff shall file a submission that provides a status update on this case and explain why the Court should not issue a Report and Recommendation recommending that the case be dismissed pursuant to Federal Rules of Civil Procedure 41 for a failure to prosecute. Plaintiff is warned that a failure to file a written submission as required by this Order will lead to a Report and Recommendation of dismissal.

//

//

//

**IT IS SO ORDERED.**

Dated: April 6, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge